USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2017

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                                                   :

BIMO DEVELOPMENT, LLC,                       :

                Plaintiff,                       :          **17 Civ. 3274 (KHP)**

        v.

URBAN STANDARD DEVELOPMENT LLC,  :

                Defendant.

------------------------------------------------------------ X

## ORDER DISMISSING ALL CLAIMS AND <u>COUNTERCLAIMS WITH PREJUDICE</u>

THIS CAUSE came before the Court upon the Stipulation and Dismissal of All Claims and Counterclaims with Prejudice, and this Court having considered the Stipulation and being otherwise fully apprised in its premises, hereby ORDERS AND ADJUDGES as follows:

    1.     Bimo Development, LLC's ("Bimo") claims against Urban Standard Development LLC ("USD") as set forth in the Complaint are each hereby dismissed with prejudice.

    2.     USD's counterclaims against Bimo as set forth in USD's Answer and Counterclaims are each hereby dismissed with prejudice.

    3.     USD's September 5, 2017 motion for summary judgment and motion for sanctions under Rule 11 of the Federal Rules of Civil Procedure are hereby withdrawn with prejudice.

    4.     Each party shall bear its own attorneys' fees and costs incurred in connection with

this action.

5. The Court shall retain jurisdiction over all disputes arising under the Settlement Agreement entered into by the Parties on October 3, 2017.

6. The Clerk of Court shall respectfully mark this case as closed.

SO ORDERED.

Dated: October 10, 2017
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge